IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED EDUCATORS OF SAN FRANCISCO,<br><br>    Petitioner,<br><br>  v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Respondent.<br>                                     / | No. C 05-02828 WHA<br><br>Related to:<br><br>No. C 78-01445 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    As stated on the record, petitioner's motion to compel arbitration shall be heard on **NOVEMBER 16, 2005 AT 2:00 P.M.** The following briefing schedule is adopted: the opening brief must be filed by October 12, 2005, the opposition brief by October 26, 2005, and the reply brief by November 2, 2005.

    **IT IS SO ORDERED.**

Dated: September 29, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE