IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED EDUCATORS OF SAN FRANCISCO,<br><br>    Petitioner,<br><br>  v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Respondent.<br>_____ / | No. C 05-02828 WHA<br>Related to:<br>No. C 78-01445 WHA<br><br>**ORDER CLOSING FILE** |

    In light of the accompanying order granting the petition to compel arbitration, the Clerk is instructed to administratively **CLOSE THE FILE** for statistical purposes only.

**IT IS SO ORDERED.**

Dated: November 17, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE