IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED EDUCATORS OF SAN FRANCISCO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Respondent.　　　　　　　／ | No. C 05-02828 WHA<br>Related to:<br>No. C 78-01445 WHA<br><br>**ORDER RE ADDITIONAL DOCUMENTS** |

　　　　The Clerk is instructed to make the appended documents, which were proffered at the November 16 hearing, part of the official record.

　　　　**IT IS SO ORDERED.**

Dated: November 17, 2005

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE