**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED EDUCATORS OF SAN FRANCISCO,<br><br>              Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>              Defendant.<br>_____/ | No. C 05-02828 WHA<br>Related to:<br>No. C 78-01445 WHA<br><br><br>**ORDER TO SHOW CAUSE** |

   This case has been administratively closed since November 15, 2005. Please show cause by **NOON ON NOVEMBER 30, 2009**, why this matter should not be permanently closed and dismissed.

   **IT IS SO ORDERED.**

Dated: November 17, 2009.

                                                                   WILLIAM ALSUP
                                                                   UNITED STATES DISTRICT JUDGE