United States District Court
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED EDUCATORS OF SAN FRANCISCO,          No. C 05-02828 WHA
                                                       Related to:
11                  Plaintiff,                    No. C 78-01445 WHA

12      v.                                        **ORDER CLOSING FILE**

13   SAN FRANCISCO UNIFIED SCHOOL
     DISTRICT,
14
                    Defendant.
15   _____/

16

17          The parties have informed the Court that this matter has been resolved in its entirety via

18   settlement.  Therefore, all claims are hereby dismissed with prejudice, and **THE CLERK SHALL**

19   **CLOSE THE FILE.**

20

21          **IT IS SO ORDERED.**

22

23   Dated:  November 30, 2009.
                                                 _____
24                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
25

26

27

28